No. 1149, Misc. WRIGHT *v.* RHAY, PENITENTIARY SUPERINTENDENT, ET AL. Supreme Court of Washington. Certiorari denied.

No. 1150, Misc. MEIKLE *v.* NEW YORK. Court of General Sessions of New York County, New York. Certiorari denied.

No. 1151, Misc. REED *v.* RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 1152, Misc. BOYES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1154, Misc. McGANN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1155, Misc. BOLDT *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for the United States.

No. 1159, Misc. MORRISON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1160, Misc. LANHAM *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied.